7

**A. C. DUTTON LUMBER CORPORATION, as Owner of THE Barge DUTTON NO. 6, Libelant-Appellee, v. THE Tug DAUNTLESS NO. 7, Dauntless Towing Line, Inc., Claimant-Respondent-Appellant.**

**STANDARD MARINE INSURANCE CO., Ltd., Libelant-Appellee, v. THE Tug DAUNTLESS NO. 7, Dauntless Towing Line, Inc., Claimant-Respondent-Appellant.** (Consolidated Actions.)

No. 268.

Circuit Court of Appeals, Second Circuit.
March 16, 1936.

Lynch & Hagen, of New York City (Charles W. Hagen and Henry C. Eidenbach, both of New York City, of counsel), for appellant Dauntless Towing Line, Inc.

Purdy & Purdy, of New York City (John E. Purdy and Edmund F. Lamb, both of New York City, of counsel), for appellee A. C. Dutton Lumber Corporation.

Otto & Easterday, of New York City (Henry E. Otto and Samuel C. Otto, both of New York City, of counsel), for appellee Standard Marine Ins. Co.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Decree (9 F.Supp. 233) affirmed.

**Martin C. ANSORGE, as Receiver, etc., Plaintiff-Appellant, v. WESTCHESTER COUNTY, Defendant-Appellee.**

No. 290.

Circuit Court of Appeals, Second Circuit.
March 11, 1936.

Compton, Dillon & Clark, of New York City (Murray L. Halpern and Frank J. Dillon, both of New York City, of counsel), for appellant.

William A. Davidson, of Port Chester, N. Y.[1] (Frank J. Claydon, of Mt. Vernon, N. Y., of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.
Judgment affirmed in open court.

**AMERICAN STEAMSHIP COMPANY, Plaintiff, v. WICKWIRE SPENCER STEEL COMPANY, Defendant.**

**JOSEPH & ZEAMANS, Appellants, v. AMERICAN STEAMSHIP COMPANY, Plaintiff-Appellee, Guaranty Trust Company of New York, as Trustee, and Chase National Bank of the City of New York, as Trustee, Complainants-Appellees, Wickwire Spencer Steel Company, Defendant-Appellee, Edward C. Bowers and Charles L. Feldman, as Receivers of Wickwire Spencer Steel Company, Defendants-Appellees, Rudolph P. Flershem, John E. White, and Walter Tufts, as a Committee under Protective Agreement Dated October 28, 1927, for Five-Year Six Per Centum Class B Notes of Wickwire Spencer Steel Company, and Frederic W. Allen, Arthur H. Lockett, Acosta Nichols, Robert W. Stearns, and George W. Treat, as a Reorganization Committee Acting by and under a Plan and Agreement of Reorganization Dated May 27, 1929, Intervening Defendants-Appellees.**

No. 294.

Circuit Court of Appeals, Second Circuit.
April 6, 1936.

Joseph & Zeamans, of New York City (Harold R. Zeamans, of New York City, of counsel), for appellants.

Davis, Polk, Wardwell, Gardiner & Reed, of New York City (L. H. Coleman and G. Campbell Becket, both of New York City, of counsel), for Guaranty Trust Co. of New York, as trustee.

Larkin, Rathbone & Perry, of New York City (Henry E. Kelley and Franklin Benkard, both of New York City, of counsel), for reorganization committee.

Dudley, Stowe & Sawyer, of Buffalo, N. Y. (Joseph G. Dudley and Mason O. Damon, both of Buffalo, N. Y., of counsel), for Edward C. Bowers and Charles L. Feldman, as receivers, etc., defendants-appellees.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Affirmed on the authority of Davis v. Seneca Falls Mfg. Co. (C.C.A.) 17 F.(2d) 546; Nolte v. Hudson Navigation Co. (C.C.A.) 47 F.(2d) 166; In re New York Investors (C.C.A.) 79 F.(2d) 182.

---

**AUDITORIUM CONDITIONING CORPORATION, Appellant, v. WARNER BROTHERS PICTURES, Inc., and Warner Brothers Theatres, Inc., Appellees.**

No. 321.

Circuit Court of Appeals, Second Circuit.

April 6, 1936.

Robert B. Knowles, of New York City (Charles J. Staples and Herman Seid, both of New York City, of counsel), for appellant.

Pennie, Davis, Marvin & Edmonds, of New York City (George E. Middleton and H. Stanley Mansfield, both of New York City, of counsel), for appellees.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree (11 F.Supp. 21) affirmed on opinion below.

---

**D. M. BARDON and Electric Steel Foundry Co., Appellants, v. O. A. WIRKKALA, Appellee.**

No. 8012.

Circuit Court of Appeals, Ninth Circuit.

April 8, 1936.

Richard J. Cook and Tom M. Alderson, Jr., both of Seattle, Wash., for appellant Bardon.

Chas. M. Fryer and A. C. Aurich, both of San Francisco, Cal., for appellant Electric Steel Co.

Herald A. O'Neill and Stewart M. Lombard, both of Seattle, Wash., for appellee.

Before WILBUR, GARRECHT, and HANEY, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for the respective parties, ordered appeal dismissed, without costs to any parties, that a decree of dismissal be filed and entered accordingly, and that the cause be remanded to the District Court, with directions to dismiss the cause there, without costs to any party.

---

**William S. BARKER et al., Appellants, v. C. A. SHEEDY, as Receiver of The Pickwick Corporation, Appellee.**

No. 8174.

Circuit Court of Appeals, Ninth Circuit.

April 16, 1936.

Gibson, Dunn & Crutcher, of Los Angeles, Cal., for appellant.

Chandler, Wright & Ward, of Los Angeles, Cal., for appellee.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed, without costs; mandate forthwith.